

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-40100 |
| Plaintiff, | **INDICTMENT** |
| vs. | Failure to Appear |
| THOMAS R. KELLEY, | 18 U.S.C. §§ 3146(a)(1), 3146(b)(1)(A)(i), and 3146(b)(2) |
| Defendant. | |

The Grand Jury charges:

On or about August 23, 2010, in the District of South Dakota, Thomas R. Kelley, having been charged with violating 18 U.S.C. § 287, a felony offense punishable by a maximum term of imprisonment of 5 years; 26 U.S.C. § 7212(a), a felony offense punishable by a maximum term of imprisonment of 3 years; 26 U.S.C. § 7201 (two counts), a felony offense punishable by a maximum term of imprisonment of 5 years; 26 U.S.C. § 7203 (three counts), a misdemeanor offense punishable by a maximum term of imprisonment of 1 year; and 18 U.S.C. §§ 514 and 2 (16 counts), a felony offense punishable by a maximum term of imprisonment of 25 years, and having been released pursuant to Chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charges, for appearance before the Honorable Lawrence L. Piersol, United States District Court Judge, at Sioux Falls, South Dakota on August 23, 2010, for

sentencing in case number CR08-40173, entitled <u>United States v. Thomas R. Kelley</u>, did knowingly and willfully fail to appear as required, in violation of 18 U.S.C. §§ 3146(a)(1), 3146(b)(1)(A)(i), and 3146(b)(2).

A TRUE BILL:

_____
Foreperson

BRENDAN V. JOHNSON
United States Attorney

By: _____