UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
2011

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS R. KELLEY,<br><br>Defendant. | CR. 10-40100<br><br>**MOTION FOR TRANSCRIPTS** |

I, Thomas R. Kelley, move for the Court to provide me transcripts of the hearings on December 23, 2010 and January 25, 2011.

Dated this 21 day of Feb 2011.

*Thomas R. Kelley*
Thomas R. Kelly
under Duress