

FILED

MAR 07 2011

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR. 10-40100 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| THOMAS R. KELLEY, | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pending are various motions filed by Defendant Thomas R. Kelley.  After a review of the motions, it is hereby

ORDERED that:

1.     Defendant's Motion for Return of Property (Doc. 17) is DENIED.

2.     Defendant's Motion for Private Investigator (Doc. 18) is GRANTED.  Pursuant to 18 U.S.C. § 3006A, such compensation shall not exceed $2,400.00, exclusive of reimbursement for expenses reasonably incurred.

3.     Defendant's Motion for Transcripts (Doc. 19) is DENIED.

4.     Defendant's Motion for Release (Doc. 20) is DENIED.

Dated this ___7 day of March, 2011.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge