UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 10-40100 |
| Plaintiff, | * | |
| - vs - | * | ORDER RE: MOTION TO DISMISS DETENTION ORDER |
| THOMAS R. KELLEY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Defendant Thomas Kelley has filed and the Court has carefully considered Defendant's Motion to Dismiss Detention Order (Doc. 34). The motion of Defendant Thomas Kelley to dismiss the detention order is denied. Defendant Kelley has proven himself to be a flight risk.

**IT IS SO ORDERED**.

Dated this 31st day of March, 2011.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Colleen Schulte
Deputy